| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ. - Bar No. 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>CAPTIN CRAB 5-2-09 J&J | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT:
WU

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV10 3151 WDK FMOx |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; NOTICE TO COUNSEL

3. a. Party served: **KING CRAB HOUSE, AN UNKNOWN BUSINESS ENTITY DBA CAPTIN CRAB**
   b. Person served: **ANSON YANG - OWNER/PARTNER**
   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

4. Address where the party was served: **250 WEST VALLEY BLVD, SUITE J**
   (Business) **SAN GABRIEL, CA 91776**

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: **July 21, 2010 at 08:03 pm**
   under the following Code of Civil Procedure section :
   **PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

7. **Person who served papers**
   a. S. GEORGINO
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 208
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $30.00
   e. I am: (3) registered process server:
      (i) independent contractor
      (ii) Registration No.: 4930
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2010

_S. Georgino_ (signature)
S. GEORGINO

Judicial Council form POS-010 Rev. 01/01/07     **PROOF OF SERVICE**     P19783-4/asgenp