| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, SBN 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>CAPTIN CRAB 5-2-09 J&J | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT:
WU

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV10 3151 WDK FMOx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; NOTICE TO COUNSEL

3. a. Party served: **CARMAN YANG, INDIVIDUALLY AND DBA CAPTIN CRAB**

4. Address where the party was served: 250 WEST VALLEY BLVD, SUITE J
   SAN GABRIEL, CA 91776

5. I served the party
   b. **by substituted service.** On: July 21, 2010 at: 08:03 pm I left the documents listed in item 2 with or in the presence of ANSON YANG - OWNER
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

7. **Person who served papers**
   a. S. GEORGINO
   b. **ABSOLUTE SERVICE OF LOS ANGELES**
   1301 WEST SECOND STREET, SUITE 208
   LOS ANGELES, CA 90026
   c. **(213) 481-7334**

   d. **The fee** for service was: $45.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 4930
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2010

*/s/ Susan Georgino*
S. GEORGINO

Judicial Council form POS-010 Rev. 01/01/07     **PROOF OF SERVICE**     P19783-3/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ. Bar No. 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF | CAPTIN CRAB 5-2-09 J&J | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC

DEFENDANT:
WU

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV10 3151 WDK FMOx |
|---|---|---|---|---|

I received the within process on July 19, 2010 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: CARMAN YANG, INDIVIDUALLY AND DBA CAPTIN CRAB

Residence: Residence address was not known at the time of service.

Business: 250 WEST VALLEY BLVD, STE J, SAN GABRIEL, CA 91776

As enumerated below:

July 19, 2010  02:29 pm
    BUSINESS CLOSED.
July 19, 2010  07:18 pm
    NOT IN (BUSINESS).
July 20, 2010  08:02 pm
    NOT IN (BUSINESS) PER ANSON YANG, PERSON IN CHARGE.
July 21, 2010  08:03 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
S. GEORGINO
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 208
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $45.00
I am: registered California process server.
    independent contractor
    Registration No.: 4930
    County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2010

*Susan Georgino*
S. GEORGINO

Judicial Council form POS-010    DECLARATION REGARDING DILIGENCE    P19783-3/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.| |
| ATTORNEY FOR (Name): PLAINTIFF | CAPTIN CRAB 5-2-09 J&J | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT:

WU

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV10 3151 WDK FMOx |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 208, Los Angeles, CA 90026.

On July 22, 2010, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; NOTICE TO COUNSEL

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

CARMAN YANG, INDIVIDUALLY AND DBA CAPTIN CRAB
250 WEST VALLEY BLVD., SUITE J
SAN GABRIEL, CA 91776

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 208
LOS ANGELES, CA 90026
(213) 481-7334

The **fee** for service was: $45.00
I am: registered California process server.
   employee
   Registration No.: 6182
   County: LOS ANGELES

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2010

_____
M. MANCHESTER

Judicial Council form POS-010     PROOF OF SERVICE BY MAIL     P19783-3/asopmail